FAN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Magistrate Docket No.  '21 MJ01953 |
| Plaintiff, | ) | |
| v. | ) | COMPLAINT FOR VIOLATION OF: |
| | ) | Title 8, USC 1324(a)(1)(A)(i) Attempted Bringing In Illegal Aliens At Other Than Port Of Entry |
| Iram PRECIADO-Espinoza, | ) | |
| Defendant. | ) | |

The undersigned complainant being, duly sworn, states:

On or about May 17, 2021 within the Southern District of California, defendant Iram PRECIADO-Espinoza, with the intent to violate the immigration laws of the United States, knowing or in reckless disregard of the fact that certain aliens, namely, Victor Jesus LEAL-Espino, Sergio Rafael TORO-Chagollan, and Gerardo VASQUEZ-Garcia, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said aliens at a place other than a designated Port Of Entry or place other than as designated by the commissioner; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(i).

And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Wesley Cornue
Border Patrol Agent

SWORN AND ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 4.1, ON MAY 18, 2021.

HON. KAREN S. CRAWFORD
United States Magistrate Judge

CONTINUATION OF COMPLAINT:
Iram PRECIADO-Espinoza

## PROBABLE CAUSE STATEMENT

The complainant states that Victor Jesus LEAL-Espino, Sergio Rafael TORO-Chagollan, and Gerardo VASQUEZ-Garcia, are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On May 17, 2021, Border Patrol Agent C. Corona and P. Carrera were conducting assigned duties in the Imperial Beach Border Patrol Station's area of responsibility.
Agent Corona was operating a Light Vehicle Surveillance System when he saw a panga type vessel with multiple people on board located three to five miles west of Point Loma, California.

At approximately 3:24 AM, United Stated Coast Guard (USCG) Cutter, R. Ward deployed a small boat to make contact with the vessel west of Sunset Cliffs. USCG Cutter Ward attempted to make contact with the panga in the ocean approximately 700 yards west of Sunset Cliffs, located near San Diego, California. The panga reportedly became non-compliant. USCG Cutter Ward deployed two warning shots, which were ineffective in gaining compliance from the panga.

At approximately 4:00 AM, the panga became stuck in the surf zone kelp, approximately 50 feet west of the Sunset Cliffs shoreline. Border Patrol agents requested assistance from San Diego Lifeguards to rescue the individuals on board the panga. The San Diego Lifeguards were able to rescue all 23 individuals and take them to the Lifeguard Headquarters in Mission Bay. This area is approximately 21 miles north of the United States/ Mexico International Boundary and 2 miles west of the San Diego Port of Entry.

At approximately 7:00 AM, Border Patrol Agent P. Carrera arrived at the Lifeguard Headquarters and conducted an immigration inspection on all of the individuals, including one later identified as defendant Iram PRECIADO-Espinoza, who USCG believed to be the captain of the boat. All 23 individuals, including three later identified as material witnesses Victor Jesus LEAL-Espino, Sergio Rafael TORO-Chagollan, and Gerardo VASQUEZ-Garcia, admitted to being citizens and nationals of countries other than the United States, without documents to enter or remain in the United States legally. At approximately 7:15 AM, Agent Carrera placed all 23 individuals, including defendant PRECIADO and material witnesses LEAL, TORO, and VASQUEZ, under arrest.

## CONTINUATION OF COMPLAINT:
Iram PRECIADO-Espinoza

At the Station, defendant Iram PRECIADO-Espinoza was advised of his Miranda rights. PRECIADO stated he understood his rights and was willing to answer questions. PRECIADO stated he is a citizen and national of Mexico, without any immigration documents allowing him to be or remain in the United States legally. PRECIADO stated that on May 16, 2021, he received a phone call from an unknown individual, who offered him a job to smuggle people in a boat from Mexico to the United States. PRECIADO stated he was going to earn $1,000.00 USD per person. PRECIADO stated that he agreed to take the individuals on a boat from Mexico to an unknown location in the United States. PRECIADO stated that he was taken to a boat ramp in Rosarito, Mexico. PRECIADO stated that he was in possession of a cell phone and GPS at the time of the Coast Guard interdiction but threw both items overboard. PRECIADO stated that the plan was to pilot the boat, drop off the individuals, and return to Mexico.

Material witnesses LEAL, TORO, and VASQUEZ, all admitted to being citizens Mexico illegally present in the United States and not having any immigration documents allowing them to enter or remain in the United States legally. LEAL, TORO, and VASQUEZ further admitted to making smuggling arrangements and agreed to pay between $10,000-$15,000 USD. LEAL, TORO, and VASQUEZ stated that an unknown smuggler instructed them to board a panga style boat. LEAL stated that while aboard the boat he heard an individual speaking English over a loudspeaker and shortly after he observed a police style boat. TORO and VASQUEZ stated that when the boat began to approach the shore it became stuck and law enforcement had to rescue them.